IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HILDA HORNE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV. ACTION NO. 2:05cv997-CSC |
| | )        (WO) |
| JO ANNE B. BARNHART, | ) |
| COMMISSIONER OF | ) |
| SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered in this case, it is

ORDERED and ADJUDGED that the decision of the Commission be REVERSED and that this case be REMANDED to the Commissioner for further proceedings consistent with this opinion.

Done this 12th day of October, 2006.

                    /s/Charles S. Coody
                    CHARLES S. COODY
                    CHIEF UNITED STATES MAGISTRATE JUDGE